# January 2018

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| **1**<br>New Year's Day<br>Duty Magistrate Judge: Nelson | **2**<br>Ctrm 2C – US Bankruptcy Admin (8-5) | **3**<br>Arraignments: Nelson<br>Criminal Jury Selection: Granade/Steele/Bivins/Murray | **4**<br>Civil Jury Selection: DuBose/Bivins | **5** | **6** | **7** |
| **8** | **9**<br>Criminal Pretrials: Murray<br>Civil PTC: Steele<br>Ctrm 2C – US Bankruptcy Admin (8-5) | **10**<br>CVB Docket<br>Arraignments: Nelson | **11** | **12** | **13** | **14** |
| **15**<br>Birthday of Martin Luther King, Jr. | **16**<br>Civil PTC: Steele<br>Guilty Pleas: DuBose/Steele/Granade<br>Ctrm 2C – US Bankruptcy Admin (8-5) | **17**<br>Arraignments: Nelson<br>Guilty Pleas: DuBose/Steele/Granade | **18**<br>Guilty Pleas: DuBose/Steele/Granade | **19**<br>Guilty Pleas: DuBose/Steele/Granade | **20** | **21** |
| **22** | **23**<br>Ctrm 2C – US Bankruptcy Admin (8-5)<br>Selma Courthouse – Judge DuBose<br>Judges' Luncheon Conference | **24**<br>Arraignments: Nelson<br>Courtroom 4A–US Attorney's Office (Grand Jury)<br>Selma Courthouse – Judge DuBose | **25**<br>Courtroom 4A – US Attorney's Office (Grand Jury)<br>Grand Jury Returns: Bivins<br>Selma Courthouse – Judge Callaway | **26**<br>Selma Courthouse – Judge DuBose | **27** | **28** |
| **29**<br>Criminal Jury Selection: DuBose/Granade/Murray/Nelson | **30**<br>Civil Jury Selection: Steele/Murray<br>Ctrm 2C – US Bankruptcy Admin (8-5) | **31**<br>Arraignments: Nelson<br>Ctrm 2C – Tax Court (8-5) Judge Pugh | **1**<br>Duty Magistrate: Bivins<br>Ctrm 2C – Tax Court (8-5) Judge Pugh | **2** | **3** | **4** |

# February 2018

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 29<br>Criminal Jury Selection: DuBose/Granade/Murray/Nelson | 30<br>Civil Jury Selection: Steele/Murray<br>Ctrm 2C – US Bankruptcy Admin (8-5) | 31<br>Arraignments: Nelson<br>Ctrm 2C – Tax Court (8-5) Judge Pugh | 1<br>Duty Magistrate: Bivins<br>Ctrm 2C – Tax Court (8-5) Judge Pugh | 2 | 3 | 4 |
| 5 | 6<br>Ctrm 2C – US Bankruptcy Admin (8-5) | 7<br>Arraignments: Bivins<br>Criminal Pretrials: Nelson | 8 | 9 | 10 | 11 |
| 12<br>Mardi Gras | 13<br>Mardi Gras | 14<br>Arraignments: Bivins<br>Civil PTC: Granade<br>CVB Docket<br>Ctrm 5B – USMS | 15<br>Ctrm 5B – USMS | 16 | 17 | 18 |
| 19<br>Presidents' Day | 20<br>Civil PTC: Granade<br>Ctrm 2C – US Bankruptcy Admin (8-5)<br>Guilty Pleas: DuBose/Steele/Granade | 21<br>Arraignments: Bivins<br>Courtroom 4A – U. S. Attorney's Office (Grand Jury)<br>Guilty Pleas: DuBose/Steele/Granade | 22<br>Courtroom 4A–US Attorney's Office (Grand Jury)<br>Guilty Pleas: DuBose/Steele/Granade<br>Grand Jury Returns: Nelson<br>Selma Courthouse – Judge Callaway | 23<br>Guilty Pleas: DuBose/Steele/Granade | 24 | 25 |
| 26 | 27<br>Ctrm 2C – US Bankruptcy Admin (8-5)<br>Judges' Luncheon Conference | 28<br>Arraignments: Bivins | 1<br>Civil PTC: DuBose<br>Duty Magistrate Judge: Murray | 2 | 3 | 4 |

# March 2018

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 26 | 27<br>Ctrm 2C – US Bankruptcy Admin (8-5)<br>Judges' Luncheon Conference | 28<br>Arraignments: Bivins | 1<br>Civil PTC: DuBose<br>Duty Magistrate Judge: Murray | 2 | 3 | 4 |
| 5<br>Criminal Jury Selection: Steele/DuBose/Nelson/Bivins | 6<br>Civil Jury Selection: Granade/Nelson<br>Ctrm 2C – US Bankruptcy Admin (8-5) | 7<br>Arraignments: Murray | 8<br>Civil PTC: DuBose | 9 | 10 | 11 |
| 12 | 13<br>Criminal Pretrials: Bivins<br>Ctrm 2C – US Bankruptcy Admin (8-5) | 14<br>Arraignments: Murray<br>CVB Docket | 15 | 16 | 17 | 18 |
| 19<br>Guilty Pleas: DuBose/Steele/Granade | 20<br>Ctrm 2C – US Bankruptcy Admin (8-5)<br>Guilty Pleas: DuBose/Steele/Granade | 21<br>Arraignments: Murray<br>Guilty Pleas: DuBose/Steele/Granade | 22<br>Guilty Pleas: DuBose/Steele/Granade | 23<br>Guilty Pleas: DuBose/Steele/Granade | 24 | 25 |
| 26<br>Selma Courthouse – Judge DuBose | 27<br>Ctrm 2C – US Bankruptcy Admin (8-5)<br>Judges' Luncheon Conference | 28<br>Courtroom 4A–US Attorney's Office (Grand Jury)<br>Arraignments: Murray | 29<br>Courtroom 4A–US Attorney's Office (Grand Jury)<br>Grand Jury Returns: Nelson<br>Selma Courthouse – Judge Callaway | 30<br>Good Friday | 31 | 1<br>Easter<br>Duty Magistrate Judge: Nelson |

# April 2018

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 26 Selma Courthouse – Judge DuBose | 27 Ctrm 2C – US Bankruptcy Admin (8-5) Judges' Luncheon Conference | 28 Courtroom 4A–US Attorney's Office (Grand Jury) Arraignments: Murray | 29 Courtroom 4A–US Attorney's Office (Grand Jury) Grand Jury Returns: Nelson Selma Courthouse – Judge Callaway | 30 Good Friday | 31 | 1 Easter Duty Magistrate Judge: Nelson |
| 2 Criminal Jury Selection: Granade/Steele/Bivins/Murray | 3 Civil Jury Selection: DuBose/Bivins Ctrm 2C – US Bankruptcy Admin (8-5) | 4 Arraignments: Nelson | 5 | 6 | 7 | 8 |
| 9 | 10 Civil PTC: Steele Criminal Pretrials: Murray Ctrm 2C – US Bankruptcy Admin (8-5) | 11 Arraignments: Nelson CVB Docket | 12 | 13 | 14 | 15 |
| 16 Guilty Pleas: DuBose/Steele/Granade | 17 Civil PTC: Steele Ctrm 2C – US Bankruptcy Admin (8-5) Guilty Pleas: DuBose/Steele/Granade | 18 Arraignments: Nelson Guilty Pleas: DuBose/Steele/Granade | 19 Guilty Pleas: DuBose/Steele/Granade Selma Courthouse – Judge Callaway | 20 Guilty Pleas: DuBose/Steele/Granade | 21 | 22 |
| 23 | 24 Ctrm 2C – US Bankruptcy Admin (8-5) Judges' Luncheon Conference | 25 Arraignments: Neslon Courtroom 4A–US Attorney's Office (Grand Jury) | 26 Courtroom 4A–US Attorny's Office (Grand Jury) Grand Jury Returns: Bivins | 27 | 28 | 29 |
| 30 Criminal Jury Selection: DuBose/Granade/Murray/Nelson | 1 Duty Magistrate: Bivins Civil Jury Selection: Steele/Murray Ctrm 2C – US Bankruptcy Admin (8-5) | 2 Arraignments: Bivins Distict-at-Large Jury Selection (Northern Div.): Granade Eleventh Circuit Judicial Conference | 3 Eleventh Circuit Judicial Conference | 4 Eleventh Circuit Judicial Conference | 5 Eleventh Circuit Judicial Conference | 6 |

| April 2018 | May 2018 | June 2018 |
|---|---|---|
| Mo Tu We Th Fr Sa Su<br>                    1<br>2  3  4  5  6  7  8<br>9 10 11 12 13 14 15<br>16 17 18 19 20 21 22<br>23 24 25 26 27 28 29<br>30 | Mo Tu We Th Fr Sa Su<br>    1  2  3  4  5  6<br>7  8  9 10 11 12 13<br>14 15 16 17 18 19 20<br>21 22 23 24 25 26 27<br>28 29 30 31 | Mo Tu We Th Fr Sa Su<br>                1  2  3<br>4  5  6  7  8  9 10<br>11 12 13 14 15 16 17<br>18 19 20 21 22 23 24<br>25 26 27 28 29 30 |

# May 2018

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| **30**<br>Criminal Jury Selection: DuBose/Granade/Murray/Nelson | **1**<br>Duty Magistrate: Bivins<br>Civil Jury Selection: Steele/Murray<br>Ctrm 2C - US Bankruptcy Admin (8-5) | **2**<br>Arraignments: Bivins<br>Distict-at-Large Jury Selection (Northern Div.): Granade<br>Eleventh Circuit Judicial Conference | **3**<br>Eleventh Circuit Judicial Conference | **4**<br>Eleventh Circuit Judicial Conference | **5**<br>Eleventh Circuit Judicial Conference | **6** |
| **7** | **8**<br>Criminal Pretrials: Nelson<br>Ctrm 2C - US Bankruptcy Admin (8-5) | **9**<br>Arraignments: Bivins<br>CVB Docket | **10** | **11**<br>Naturalization Ceremony: DuBose/MW | **12** | **13**<br>Mother's Day |
| **14**<br>Mother's Day<br>Civil PTC: Granade<br>Guilty Pleas: DuBose/Steele/Granade | **15**<br>Ctrm 2C - US Bankruptcy Admin (8-5)<br>Guilty Pleas: DuBose/Steele/Granade | **16**<br>Arraignments: Bivins<br>Guilty Pleas: DuBose/Steele/Granade | **17**<br>Guilty Pleas: DuBose/Steele/Granade<br>Selma Courthouse - Judge Callaway<br>Selma Courthouse - Judge Nelson | **18**<br>Guilty Pleas: DuBose/Steele/Granade | **19** | **20** |
| **21**<br>Civil PTC: Granade | **22**<br>Ctrm 2C - US Bankruptcy Admin (8-5)<br>Judges' Luncheon Conference | **23**<br>Arraignments: Bivins | **24** | **25** | **26** | **27** |
| **28**<br>Memorial Day | **29**<br>Ctrm 2C - US Bankruptcy Admin (8-5) | **30**<br>Courtroom 4A-US Attorney's Office (Grand Jury)<br>Arraignments: Bivins | **31**<br>Courtroom 4A-US Attorney's Office (Grand Jury)<br>Grand Jury Returns: Murray | **1**<br>Duty Magistrate Judge: Murray | **2** | **3** |

May 2018 | June 2018 | July 2018

# June 2018

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| **28** Memorial Day | **29** Ctrm 2C – US Bankruptcy Admin (8-5) | **30** Courtroom 4A-US Attorney's Office (Grand Jury) Arraignments: Bivins | **31** Courtroom 4A-US Attorney's Office (Grand Jury) Grand Jury Returns: Murray | **1** Duty Magistrate Judge: Murray | **2** | **3** |
| **4** Criminal Jury Selection: Steele/DuBose/Nelson/Bivins | **5** Ctrm 2C – US Bankruptcy Admin (8-5) Civil Jury Selection: Granade/Nelson | **6** Arraignments: Murray | **7** Civil PTC: DuBose | **8** | **9** | **10** |
| **11** | **12** Criminal Pretrials: Bivins Ctrm 2C – US Bankruptcy Admin (8-5) | **13** Arraignments: Murray CVB Docket | **14** Civil PTC: DuBose | **15** | **16** | **17** Father's Day |
| **18** Father's Day Guilty Pleas: DuBose/Steele/Granade | **19** Ctrm 2C – US Bankruptcy Admin (8-5) Guilty Pleas: DuBose/Steele/Granade | **20** Arraignments: Murray New Grand Jury Impaneled (Cassady) Guilty Pleas: DuBose/Steele/Granade | **21** Guilty Pleas: DuBose/Steele/Granade Selma Courthouse – Judge Callaway | **22** Guilty Pleas: DuBose/Steele/Granade | **23** | **24** |
| **25** | **26** Ctrm 2C – US Bankruptcy Admin (8-5) Judges' Luncheon Conference | **27** Courtroom 4A-US Attorney's Office (Grand Jury) Arraignments: Murray | **28** Courtroom 4A-US Attorney's Office (Grand Jury) Grand Jury Returns: Nelson | **29** | **30** | **1** Duty Magistrate Judge: Nelson |

June 2018 | July 2018 | August 2018

# July 2018

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 25 | 26 Ctrm 2C - US Bankruptcy Admin (8-5) Judges' Luncheon Conference | 27 Courtroom 4A-US Attorney's Office (Grand Jury) Arraignments: Murray | 28 Courtroom 4A-US Attorney's Office (Grand Jury) Grand Jury Returns: Nelson | 29 | 30 | 1 Duty Magistrate Judge: Nelson |
| 2 Criminal Jury Selection: Granade/Steele/Bivins/Murray | 3 Civil Jury Selection: DuBose/Bivins Ctrm 2C - US Bankruptcy Admin (8-5) | 4 Independence Day | 5 Arraignments: Nelson | 6 | 7 | 8 |
| 9 | 10 Civil PTC Steele Criminal Pretrials: Murray Ctrm 2C - US Bankruptcy Admin (8-5) | 11 Arraignments: Nelson CVB Docket | 12 | 13 | 14 | 15 |
| 16 Guilty Pleas: DuBose/Steele/Granade | 17 Civil PTC: Steele Ctrm 2C - US Bankruptcy Admin (8-5) Guilty Pleas: DuBose/Steele/Granade | 18 Arraignments: Nelson Guilty Pleas: DuBose/Steele/Granade | 19 Guilty Pleas: DuBose/Steele/Granade Selma Courthouse - Judge Callaway | 20 Guilty Pleas: DuBose/Steele/Granade | 21 | 22 |
| 23 | 24 Ctrm 2C - US Bankruptcy Admin (8-5) Judges' Luncheon Conference | 25 Courtroom 4A-US Attorney's Office (Grand Jury) Arraignments: Nelson | 26 Courtroom 4A-US Attorney's Office (Grand Jury) Grand Jury Returns: Bivins | 27 | 28 | 29 |
| 30 Criminal Jury Selection: DuBose/Granade/Murray/Nelson | 31 Civil Jury Selection: Steele/Murray Ctrm 2C - US Bankruptcy Admin (8-5) | 1 Arraignments: Bivins Duty Magistrate: Bivins District-at-Large Jury Selection (Northern Div.): Granade | 2 | 3 | 4 | 5 |

# August 2018

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| **30** Criminal Jury Selection: DuBose/Granade/Murray/Nelson | **31** Civil Jury Selection: Steele/Murray<br>Ctrm 2C – US Bankruptcy Admin (8-5) | **1** Arraignments: Bivins<br>Duty Magistrate: Bivins<br>District-at-Large Jury Selection (Northern Div.): Granade | **2** | **3** | **4** | **5** |
| **6** | **7** Ctrm 2C – US Bankruptcy Admin (8-5) | **8** Arraignments: Bivins<br>CVB Docket | **9** | **10** | **11** | **12** |
| **13** Civil PTC: Granade | **14** Criminal Pretrials: Nelson<br>Ctrm 2C – US Bankruptcy Admin (8-5) | **15** Arraignments: Bivins | **16** | **17** | **18** | **19** |
| **20** Civil PTC: Granade<br>Guilty Pleas: DuBose/Steele/Granade | **21** Ctrm 2C – US Bankruptcy Admin (8-5)<br>Guilty Pleas: DuBose/Steele/Granade | **22** Arraignments: Bivins<br>Guilty Pleas: DuBose/Steele/Granade | **23** Guilty Pleas: DuBose/Steele/Granade<br>Selma Courthouse – Judge Callaway | **24** Guilty Pleas: DuBose/Steele/Granade | **25** | **26** |
| **27** Criminal Jury Selection: Steele/DuBose/Nelson/Bivins | **28** Civil Jury Selection: Granade/Nelson<br>Ctrm 2C – US Bankruptcy Admin (8-5)<br>Judges' Luncheon Conference | **29** Courtroom 4A–US Attorney's Office (Grand Jury)<br>Arraignments: Bivins | **30** Courtroom 4A–US Attorney's Office (Grand Jury)<br>Grand Jury Returns: Murray | **31** | **1** Duty Magistrate Judge: Murray | **2** |

| August 2018 | September 2018 | October 2018 |
|---|---|---|
| Mo Tu We Th Fr Sa Su | Mo Tu We Th Fr Sa Su | Mo Tu We Th Fr Sa Su |
|       1  2  3  4  5 |                 1  2 | 1  2  3  4  5  6  7 |
| 6  7  8  9 10 11 12 | 3  4  5  6  7  8  9 | 8  9 10 11 12 13 14 |
| 13 14 15 16 17 18 19 | 10 11 12 13 14 15 16 | 15 16 17 18 19 20 21 |
| 20 21 22 23 24 25 26 | 17 18 19 20 21 22 23 | 22 23 24 25 26 27 28 |
| 27 28 29 30 31 | 24 25 26 27 28 29 30 | 29 30 31 |

# September 2018

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 27<br>Criminal Jury Selection: Steele/DuBose/Nelson/Bivins | 28<br>Civil Jury Selection: Granade/Nelson<br>Ctrm 2C – US Bankruptcy Admin (8-5)<br>Judges' Luncheon Conference | 29<br>Courtroom 4A–US Attorney's Office (Grand Jury)<br>Arraignments: Bivins | 30<br>Courtroom 4A–US Attorney's Office (Grand Jury)<br>Grand Jury Returns: Murray | 31 | 1<br>Duty Magistrate Judge: Murray | 2 |
| 3<br>Labor Day | 4<br>Ctrm 2C – US Bankruptcy Admin (8-5)<br>Selma Courthouse – Judge DuBose | 5<br>Arraignments: Murray | 6<br>Civil PTC: DuBose | 7 | 8 | 9 |
| 10 | 11<br>Criminal Pretrials: Bivins<br>Ctrm 2C – US Bankruptcy Admin (8-5) | 12<br>Arraignments: Murray<br>CVB Docket | 13<br>Civil PTC: DuBose<br>Selma Courthouse – Judge Callaway | 14 | 15 | 16 |
| 17<br>Guilty Pleas: DuBose/Steele/Granade | 18<br>Ctrm 2C – US Bankruptcy Admin (8-5)<br>Guilty Pleas: DuBose/Steele/Granade | 19<br>Arraignments: Murray<br>Guilty Pleas: DuBose/Steele/Granade | 20<br>Guilty Pleas: DuBose/Steele/Granade | 21<br>Guilty Pleas: DuBose/Steele/Granade | 22 | 23 |
| 24 | 25<br>Ctrm 2C – US Bankruptcy Admin (8-5)<br>Judges' Luncheon Conference | 26<br>Courtroom 4A–US Attorney's Office (Grand Jury)<br>Arraignments: Murray | 27<br>Courtroom 4A–US Attorney's Office (Grand Jury)<br>Grand Jury Returns: Nelson | 28 | 29 | 30 |

# October 2018

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| **1** Duty Magistrate Judge: Nelson<br>Criminal Jury Selection: Granade/Steele/Bivins/Nelson | **2** Civil Jury Selection: DuBose/Bivins<br>Ctrm 2C – U.S. Bankruptcy Admin. Office (8:00am–5:00pm) | **3** Arraignments: Nelson | **4** Selma Courthouse – Judge Callaway | **5** | **6** | **7** |
| **8** Columbus Day | **9** Civil PTC: Steele<br>Criminal Pretrials: Murray<br>Ctrm 2C – US Bankruptcy Admin (8-5) | **10** Arraignments: Nelson<br>CVB Docket | **11** | **12** | **13** | **14** |
| **15** Guilty Pleas: DuBose/Steele/Granade | **16** Civil PTC: Steele<br>Ctrm 2C – US Bankruptcy Admin (8-5)<br>Guilty Pleas: DuBose/Steele/Granade | **17** Arraignments: Nelson<br>Guilty Pleas: DuBose/Steele/Granade | **18** Guilty Pleas: DuBose/Steele/Granade | **19** Guilty Pleas: DuBose/Steele/Granade | **20** | **21** |
| **22** | **23** Ctrm 2C – US Bankruptcy Admin (8-5)<br>Judges' Luncheon Conference | **24** Arraignments: Nelson<br>Courtroom 4A–US Attorney's Office (Grand Jury) | **25** Courtroom 4A–US Attorney's Office (Grand Jury)<br>Grand Jury Returns: Bivins | **26** | **27** | **28** |
| **29** Criminal Jury Selection: DuBose/Granade/Murray/Nelson | **30** Ctrm 2C – US Bankruptcy Admin (8-5)<br>Civil Jury Selection: Steele/Murray | **31** District-at-Large Jury Selection (Northern Div.): Granade<br>Arraignments: Nelson | **1** Duty Magistrate Judge: Bivins | **2** | **3** | **4** |

# November 2018

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 29<br>Criminal Jury Selection: DuBose/Granade/Murray/Nelson | 30<br>Ctrm 2C - US Bankruptcy Admin (8-5)<br>Civil Jury Selection: Steele/Murray | 31<br>District-at-Large Jury Selection (Northern Div.): Granade<br>Arraignments: Nelson | 1<br>Duty Magistrate Judge: Bivins | 2 | 3 | 4 |
| 5 | 6<br>Election Day<br>Ctrm 2C - US Bankruptcy Admin (8-5)<br>Criminal Pretrials: Nelson | 7<br>Arraignments: Bivins | 8<br>Selma Courthouse - Judge Callaway | 9 | 10 | 11<br>Veterans' Day |
| 12<br>Veterans' Day (Observed) | 13<br>Civil PTC: Granade<br>Guilty Pleas: DuBose/Steele/Granade<br>Ctrm 2C - US Bankruptcy Admin (8-5) | 14<br>Arraignments: Bivins<br>Courtroom 4A-US Attorney's Office (Grand Jury)<br>Guilty Pleas: DuBose/Steele/Granade<br>Criminal Pretrials: Nelson<br>CVB Docket | 15<br>Courtroom 4A-US Attorney's Office (Grand Jury)<br>Grand Jury Meets: Nelson<br>Guilty Pleas: DuBose/Steele/Granade | 16<br>Guilty Pleas: DuBose/Steele/Granade | 17 | 18 |
| 19<br>Civil PTC: Granade | 20<br>Ctrm 2C - US Bankruptcy Admin (8-5) | 21<br>Arraignments: Bivins | 22<br>Thanksgiving Day | 23<br>Thanksgiving (Observed) | 24 | 25 |
| 26 | 27<br>Ctrm 2C - US Bankruptcy Admin (8-5)<br>Judges' Luncheon Conference | 28<br>Courtroom 4A-US Attorney's Office (Grand Jury)<br>Arraignments: Bivins<br>Grand Jury Returns: Murray | 29 | 30 | 1<br>Duty Magistrate Judge: Murray | 2 |

# December 2018

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 26 | 27<br>Ctrm 2C – US Bankruptcy Admin (8-5)<br>Judges' Luncheon Conference | 28<br>Courtroom 4A–US Attorney's Office (Grand Jury)<br>Arraignments: Bivins<br>Grand Jury Returns: Murray | 29 | 30 | 1<br>Duty Magistrate Judge: Murray | 2 |
| 3<br>Criminal Jury Selection: Steele/DuBose/Cassady/Bivins | 4<br>Civil Jury Selection: Granade/Nelson<br>Ctrm 2C – US Bankruptcy Admin (8-5) | 5<br>Arraignments: Murray | 6<br>Civil PTC: DuBose | 7<br>Naturalization Ceremony: Bivins/CP | 8 | 9 |
| 10 | 11<br>Criminal Pretrials: Bivins<br>Ctrm 2C – US Bankruptcy Admin (8-5) | 12<br>Arraignments: Murray<br>CVB Docket | 13<br>Civil PTC: DuBose<br>Selma Courthouse – Judge Callaway | 14 | 15 | 16 |
| 17<br>Guilty Pleas: DuBose/Steele/Granade | 18<br>Guilty Pleas: DuBose/Steele/Granade<br>Ctrm 2C – US Bankruptcy Admin (8-5)<br>Judges' Luncheon Conference | 19<br>Arraignments: Murray<br>Courtroom 4A–US Attorney's Office (Grand Jury)<br>Guilty Pleas: DuBose/Steele/Granade | 20<br>Courtroom 4A–US Attorney's Office (Grand Jury)<br>Grand Jury Meets: Nelson<br>Guilty Pleas: DuBose/Steele/Granade | 21<br>Guilty Pleas: DuBose/Steele/Granade | 22 | 23 |
| 24<br>Christmas Day (Observed) | 25<br>Christmas Day | 26 | 27<br>Grand Jury Returns: Nelson<br>Arraignments: Murray | 28 | 29 | 30 |
| 31<br>New Year's Day (Observed) | 1<br>New Year's Day<br>Duty Magistrate Judge: Nelson | 2<br>Arraignments: Nelson | 3<br>Criminal Jury Selection: Granade/Steele/Bivins/Murray | 4<br>Civil Jury Selection: DuBose/Bivins | 5 | 6 |